# SCHAFKOPF LAW, LLC
ATTORNEYS AT LAW

November 21, 2018

U.S. District Court, ED of PA
Office of the Clerk of Court
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106

**Re: Kevin Miller v. Reading Police Department et al**

To Whom It May Concern:

    Enclosed please find one (1) original and one (1) copy of Plaintiff's Civil Action Complaint, along with a CD containing a pdf version of same and a check in the amount of $400.00, in regards to the above captioned matter.

    Kindly file the original Complaint and return a time-stamped copy to the undersigned along with the Civil Action Summonses.

Sincerely,

*Gary Schafkopf*
Gary Schafkopf, Esq.

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Kevin Miller

**(b)** County of Residence of First Listed Plaintiff  Pensacola FL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Schafkopf Law LLC, 11 Bala Ave Bala Cynwyd PA 19004; 610-664-5200
Weisberg Law, 7 S. Morton Ave Morton PA 19107; 610-690-0801

### DEFENDANTS
Reading Police Department, Detective Joseph Snell and John Does

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Due Process Clause IV, XIV and VIII
Brief description of cause:
Plaintiff was subject to malicious prosecution

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 11/21/2018
SIGNATURE OF ATTORNEY OF RECORD  *Guy Schafkopf*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

| | | |
|---|---|---|
| Kevin Miller | : | CIVIL ACTION |
| v. | : | |
| Reading Police Department et al | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.  ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.  ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.  ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.  ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)  ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.  (X)

| 11-21-18 | Gary Schafkopf, Esq | Plaintiff |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 610-664-5200 | 888-283-1334 | gary@schaflaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __4301 Creighton Rd Apt 161 Pensacola FL 32504__

Address of Defendant: __815 Washington Street Reading PA 19601__

Place of Accident, Incident or Transaction: __Reading Pennsylvania__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __11/21/2018__   _/s/ Guy Schaffron_   __83362__
                       *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
   1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
   2. ☐ FELA
   3. ☐ Jones Act-Personal Injury
   4. ☐ Antitrust
   5. ☐ Patent
   6. ☐ Labor-Management Relations
   7. ☑ Civil Rights
   8. ☐ Habeas Corpus
   9. ☐ Securities Act(s) Cases
   10. ☐ Social Security Review Cases
   11. ☐ All other Federal Question Cases
       *(Please specify):* _____

B. *Diversity Jurisdiction Cases:*
   1. ☐ Insurance Contract and Other Contracts
   2. ☐ Airplane Personal Injury
   3. ☐ Assault, Defamation
   4. ☐ Marine Personal Injury
   5. ☐ Motor Vehicle Personal Injury
   6. ☐ Other Personal Injury *(Please specify):* _____
   7. ☐ Products Liability
   8. ☐ Products Liability – Asbestos
   9. ☐ All other Diversity Cases
       *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☑ Relief other than monetary damages is sought.

DATE: __11/21/2018__   _/s/ Guy Schaffron_   __83362__
                       *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

WEISBERG LAW  
Matthew B. Weisberg, Attorney ID No. 85570  
7 South Morton Ave.  
Morton, PA 19070  
610-690-0801  
Fax: 610-690-0880  
**Attorney for Plaintiff**

Schafkopf Law, LLC  
Gary Schafkopf, Attorney ID No. 83362  
11 Bala Ave  
Bala Cynwyd, PA 19004  
610-664-5200 Ext 104  
Fax: 888-283-1334  
**Attorney for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MILLER**<br>4301 Creighton Rd<br>Apt 161<br>Pensacola, FL 32504<br>         Plaintiff,<br>v.<br><br>**READING POLICE DEPARTMENT**<br>815 Washington Street<br>Reading PA 19601<br><br>and<br><br>**DETECTIVE JOSEPH SNELL**<br>Individually and in his official capacity<br>as a Detective for the Reading<br>Police Department<br>815 Washington Street<br>Reading PA 19601<br><br>and<br><br>**JOHN DOES 1-10**<br>         Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>DOCKET NO.<br><br>JURY TRIAL OF TWELVE (12)<br>JURORS DEMANDED |

### CIVIL ACTION COMPLAINT

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Kevin Miller is an adult individual residing at the above-captioned address.

2. Defendant, Reading Police Department is a government agency doing business at the above captioned address.

3. Defendant, Joseph Snell who at all times material herein, was employed as a Detective for the Reading Police Department is sued both individually and in his official capacity.

4. Defendants, John Does 1-10 is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable hereunder for the reasons set forth below or inferred therefrom. Each of these parties are incorporated as Defendants in each and every count and averment listed above and below.

5. Jurisdiction in this Honorable Court is based on federal question 28 U.S.C. §1331; supplemental jurisdiction over state law claims is granted by 28 U.S.C. §1367.

6. Venue lies in this district in that the events giving rise to this claim occurred here, at least one (1) Defendant resides, maintains a principal place of business, and/or does business here, and/or the property which is the subject of this action is situated within this district.

## **OPERATIVE FACTS**

7. At all times relevant, Kevin Miller was employed by the Italian Garden Bar (a local Reading area bar) as security.

8. Miller is a Marine veteran who specialized in both Infantry and Infantry Security.

9. Miller's military training included small arms training.

10. David Frankhouser was a patron of the Italian Garden Bar and was known to have had issues with security regularly.

11. Miller previously had a gun pulled on him while working at the Italian Garden Bar in the weeks leading up to this incident.

12. David Frankhouser was found to have ties to local gangs within Reading, including "Crip" sects, and to the KKK (through his grandfather).

13. On or about the evening of June 4, 2016, Miller was approached by Frankhouser on the 900

block of Penn Street after the Italian Garden Bar had closed.

14. Frankhouser approached Miller stating that he had a knife, and a gun, and that he was going to kill Miller.

15. The confrontation was captured by security footage from a local business.

16. In the video Miller is seen continuously backing away from Frankhouser.

17. After repeatedly backing away from Frankhouser, Miller drew his weapon, and pointed it at Frankhouser.

18. Frankhouser can be seen momentarily stopping his progression towards Miller but then continued to advance towards Miller.

19. Miller continued to fixate the firearm on Frankhouser and continued to back up.

20. Miller is forced to fire his weapon when Frankhouser did not stop approaching.

21. Miller fired the weapon at Frankhouser's torso at which point Frankhouser falls to the ground.

22. Miller remained on scene after firing the weapon maintaining aim of the firearm at Frankhouser while simultaneously contacting the police, and EMS.

23. Frankhouser arrived at Reading Hospital and was initially determined to be in a relatively stable condition.

24. Because of the nature of the wound to the liver that Frankhouser's injury, he eventually "bled-out" approximately 12 hours later.

25. Miller was detained and questioned by Detective Joseph Snell for three (3) hours and then released.

26. Detective Snell subsequently arrested Miller fifteen (15) hours after his release.

27. On or about June 15, 2018, despite evidence that Miller was acting in self-defense the

Reading Police charged him with first-degree murder.

28. Miller was incarcerated for eighteen (18) months before being acquired at trial of first degree murder.

## COUNT I
## MALICIOUS PROSECUTION/ WRONGFUL IMPRISONMENT/FALSE ARREST

29. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

30. At the time of Defendants' investigation, arrest, disciplinary charges, and imprisonment, Plaintiff had not committed any infraction to legally justify not to receive proper service.

31. Defendants' actions stated above, *inter alia*, were committed under color of state law and were violations of Plaintiff's clearly established and well-settled Constitutional and other legal rights.

32. Defendants caused Plaintiff to suffer a malicious prosecution by their wrongful conduct in subjecting Plaintiff to the above, all in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

33. Defendants instituted cruel and unusual punishment action against Plaintiff by way of failing to properly investigate the conduct giving rise to his imprisonment and then subjecting Plaintiff to Defendants' wrongful conduct to the above.

34. Plaintiff was harmed from the time he was arrested by the Reading Police Department through the time he was released from jail.

35. Defendants did not have probable nor any cause to deny Plaintiff bail, and to maintain his imprisonment for 18 months.

## COUNT II
## VIOLATION OF DUE PROCESS IV, XIV, VIII

36. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

37. At the time of Defendants' investigation, Plaintiff had not committed any infraction giving rise to the probable cause/reasonable suspicion and/or to legally justify keeping Plaintiff in prison without bail prior to being adjudicated by Defendants.

38. Defendants' actions stated above, *inter alia*, were committed under the color of state law and were violations of Plaintiff's clearly established and well-settled Constitutional and other legal rights.

39. Defendants caused Plaintiff to suffer a malicious prosecution by their wrongful conduct in subjecting Plaintiff to unnecessary jail time, all in violation of the Fourth and Fourteenth Amendments to the United States Constitution, and State law.

40. Defendants' willful, reckless and malicious actions were made in an effort to deprive Plaintiff of his rights as set forth above and pursuant to the U.S. Const. Amends. IV, VIII and XIV, actionable through 42 U.S.C. §1983, et seq., as well as common law.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter judgment in his favor and against Defendants, individually, jointly and severally, in an amount in excess of seventy-five thousand dollars ($75,000.00), plus such other and further relief as this Honorable Court deems necessary and just, and to Order the following relief:

    a.    Statutory Damages;

    b.    Punitive Damages;

    c.    Compensatory Damages, including:

            i.    Actual Damages for financial and physical injuries, including but not limited to wage loss and loss of earning capacity, and emotional distress; and

    d.    Attorneys' fees and expenses, costs of suit, and equitable relief.

Respectfully Submitted,

WEISBERG LAW

/s/: Matthew Weisberg
Matthew Weisberg, Esquire
Attorney for Plaintiff

DATED: 11-21-18

SCHAFKOPF LAW, LLC

*Gary Schafkopf*
Gary Schafkopf, Esquire
Attorney for Plaintiff

DATED: 11-21-18