IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN MILLER<br><br>Plaintiff,<br><br>v.<br><br>READING POLICE DEPARTMENT, *et al.*,<br><br>Defendant. | CIVIL ACTION<br>NO. 18-5178 |

# ORDER

**AND NOW**, this 13th day of June, 2019, after reviewing Defendant's Motion for Judgment on the Pleadings (Docket No. 12), Plaintiff's Response in Opposition (Docket No. 26), all supporting and opposing papers, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Judgment on the Pleadings (Docket No. 12) is **GRANTED** without prejudice.

2. Plaintiff may amend his complaint within 30 days from the date of this Order in accordance with this Court's Opinion.

3. The claims against Defendant Reading Police Department shall be **DISMISSED** without prejudice.[1]

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.

---

[1] During the May 3, 2019, Oral Argument, Mr. Miller stated on the record that the claims against Reading Police Department should be dismissed without prejudice. Accordingly, claims against Reading Police Department are dismissed without prejudice.