IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN MILLER, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 18-5178 |
| | : | |
| JOSEPH SNELL, | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this 30th day of December, 2020, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that defendant's Motion for Judgment on the Pleadings is **GRANTED** and the case is **DISMISSED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.